AO 442 (Rev. 01/09) Arrest Warrant

30421-076

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><u>Earl Ray Pritchard</u><br>*Defendant* | )<br>)<br>) Case No. 17-cr-10082<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Earl Ray Pritchard                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Drug trafficking in violation of 21 U.S.C. Section 841(a)(1).

Date: 09/18/2017

City and state:   Jackson, Tennessee

s/Andrew Shulman
*Issuing officer's signature*

Thomas M. Gould, U.S. District Court Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/19/17, and the person was arrested on *(date)* 9/26/17
at *(city and state)* Ripley, MS

Date: 9/26/17

*Arresting officer's signature*

Special Agent Scott Gibson
*Printed name and title*